FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2011 MAY 18 PM 2: 28

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

MECHELL THOMPSON,

    Plaintiff,

v.                                                                           Case No.: 3:10-cv-919-J-20JRK

DELANOR, KEMPER & ASSOCIATES, LLC,
a corporation, FRANK WATSON, an individual,
and WILTON CAVER, an individual,

    Defendant.
_____/

## ORDER

This matter is before this Court on Plaintiff's Notice of Settlement (Dkt. 13). In this notice, Plaintiff indicates this matter has been settled. Therefore, pursuant to Rule 3.08(b) of the Local Rules of the Middle District of Florida, it is **ORDERED** and **ADJUDGED**:

1. That the above case is hereby **DISMISSED** without prejudice, subject to the right of any party to move this Court, within sixty (60) days hereof, for the purpose of entering a Dismissal with Prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

2. The Clerk is directed to close this case.

**DONE AND ENTERED** at Jacksonville, Florida, this 17 day of May, 2011.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Alex Weisberg, Esq.
Delanor, Kemper & Associates, LLC
    Attn: Legal Department
    2221 Peachtree Road, Suite 473
    Atlanta GA 30342